UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN DALESSANERI,

    Plaintiff,

vs.                                              Case No. 2:16-cv-13236-GER-APP

CREDIT ACCEPTANCE
CORPORATION,

    Defendant.

## **STIPULATED ORDER COMPELLING ARBITRATION**

By submission of this order for entry, the parties consent to its entry and the Court being fully advised in the premises hereby ORDERS that:

    1.    Plaintiff Ryan Dalessandri (improperly named Ryan Dalessaneri in the caption, and hereinafter "Plaintiff") and Defendant Credit Acceptance Corporation ("Credit Acceptance") shall submit to binding non-judicial arbitration;

    2.    The arbitration shall be conducted through the American Arbitration Association;

3. Plaintiff shall be responsible for initiating arbitration with the American Arbitration Association; and

4. This action against Credit Acceptance is dismissed without prejudice.

ORDERED on November 15, 2016.

s/Gerald E. Rosen
United States District Court Judge

STIPULATED:

| | |
|---|---|
| */s/Jenny DeFrancisco* | */s/Stephen W. King* |
| Jenny DeFrancisco, Esq. | Stephen W. King (P56456) |
| Lemberg Law LLC | KING AND MURRAY PLLC |
| 43 Danbury Road | 355 S. Old Woodward, Suite 100 |
| Wilton, CT  06897 | Birmingham, MI 48009 |
| Tel. (203) 653-2250 x 5515 | Tel: (248) 792-2398 |
| smaslona@lemberglaw.com | sking@kingandmurray.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |