UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Ryan Dalessandri,<br><br>                Plaintiff,<br>    v.<br><br>Credit Acceptance Corporation; and DOES 1-10, inclusive,<br><br>                Defendants. | Civil Action No.: 2:16-cv-13236-GER-APP |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: October 18, 2017

                                        Respectfully submitted,

                              By __*/s/ Sergei Lemberg*_____

                                Sergei Lemberg, Esq.
                                LEMBERG LAW, L.L.C.
                                43 Danbury Road, 3rd Floor
                                Wilton, CT 06897
                                Telephone: (203) 653-2250
                                Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Stephen W. King, Esq.
King and Murray PLLC
355 South Old Woodward, Suite 100
Birmingham, MI 48009
*Attorneys for Defendant*

                                                By  */s/ Sergei Lemberg*
                                                      Sergei Lemberg, Esq.